# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

JEISSEY KHAMIS

Criminal No. 1:25-cr-00108-SDN

## PROSECUTION VERSION

On about April 12, 2025, in the District of Maine, the defendant, knowingly made a false statement and representation to a Federal Firearms Licensee ("FFL") with respect to information required by federal law to be kept in the FFL's records. Specifically, the defendant executed a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 in connection with his attempted purchase of a firearm at an FFL in Charleston, Maine. On the Form 4473 the defendant misrepresented (1) his name "Damari James Owens," (2) his date of birth being in 2004, and (3) his place of birth being in Texas.

Moreover, on about April 23, 2025, in the District of Maine, the defendant, knowingly possessed a stolen firearm, that is, a Canik, model TP-9 Elite Combat, 9mm pistol bearing serial number 20BN13261, that had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In this regard, on April 12, 2025, the defendant and two associates entered the place of business of an FFL in Charleston, Maine. The defendant had previously corresponded with the proprietor regarding a specific handgun. The proprietor produced the firearm, the defendant agreed to purchase it and produced currency in the amount of the agreed upon price. The proprietor then produced a digital ATF Form4473 for the defendant to complete. In completing the form, the defendant included the three pieces of false

information recited above and then signed the form.

While the defendant was completing the form, his two associates inquired about firearms in another room. The proprietor met with the two individuals in the other room and produced three handguns for them to inspect, including a Canik, model TP-9 Elite Combat, 9mm pistol bearing serial number 20BN13261. While the two men inspected the firearms, the proprietor returned to where the defendant was waiting to complete the sale. When asked by the proprietor, the defendant claimed he did not have a state issued form of identification. The proprietor explained that he could not complete the sale without the identification. During this conversation, the two associates left the establishment. The defendant left shortly thereafter, leaving his currency behind. The three men left in the same vehicle that they had arrived in.

Not long after they left, the proprietor realized the defendant had left his money behind. He called and messaged the defendant to let him know that he had left the money behind. The defendant did not return. Not long after the events described above, the proprietor discovered that the three handguns he had produced to the defendant's two associates, including the Canik, model TP-9 Elite Combat, 9mm pistol bearing serial number 20BN13261, were missing.

On April 23, 2025, members of the South Portland Police Department ("SPPD") recovered the Canik pistol bearing serial number 20BN13261 during the execution of a state search warrant at the defendant's college dormitory room in Windham, Maine. The firearm had been recovered in connection with a completely unrelated investigation by SPPD. ATF soon learned of the recovery of the firearm and responded to the Cumberland County Jail where the defendant was being held on state criminal charges. During a

*Mirandized* interview with ATF the defendant admitted he knew the firearm was stolen and knew who had stolen it but refused to identify that person.

If this case had proceeded to trial, the government would have presented the testimony of the proprietor of the FFL, and members of ATF and SPPD. The Government would have also produced call detail records and text messages reflecting communications between the defendant and the proprietor of the FFL, the ATF Form 4473 referenced above, the FFL's federal license, the Canik pistol, photographs taken during the execution of the state search warrant, and a recording of the defendant's interview.

Date:  February 18, 2026                          Respectfully submitted,

                                                  ANDREW B. BENSON
                                                  United States Attorney


                                          BY: */s/ Joel B. Casey*
                                              Joel B. Casey
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              202 Harlow Street, Room 111
                                              Bangor, ME  04401
                                              (207) 945-0373
                                              Joel.casey@usdoj.gov

3

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 18, 2026, I filed the Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

James Nixon, Esq.
Counsel for the Defendant

ANDREW B. BENSON
United States Attorney

BY: **<u>/s/ Joel B. Casey</u>**
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Joel.casey@usdoj.gov

4